UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARY F. FULCER,

        Plaintiff,

v.                                                       Case No. 18-cv-1881-pp

ANDREW M. SAUL,
Commissioner of the
Social Security Administration

        Defendant.

## ORDER APPROVING STIPULATION FOR REMAND (DKT. NO. 20), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)

On July 19, 2019, the parties filed a stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 20. The court **APPROVES** the stipulation for remand, and **ORDERS** that:

The Commissioner of Social Security's denial of benefits is **REVERSED** and this case is **REMANDED** to the Commissioner. On judicial remand, an ALJ will hold a new administrative hearing. The ALJ will proceed through the sequential disability evaluation process as appropriate, reconsider the residual functional capacity finding, and issue a new decision. In particular, the ALJ will weigh the medical and psychological opinions, including the opinion of Dr. Farrar, under the requirements of 20 C.F.R. §404.1527. The ALJ will explain the basis for the specific limitations included in the residual functional capacity assessment, as required by SSR 96-8p. The ALJ will discuss the

1

claimant's subjective allegations per the requirements of SSR 16-3p. If warranted, the ALJ will obtain supplemental vocational expert testimony.

Dated in Milwaukee, Wisconsin this 19th day of July, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**