UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARY F. FULCER,

    Plaintiff,

v.                                               Case No. 18-cv-1881-pp

ANDREW M. SAUL,

    Defendant.

**ORDER APPROVING STIPULATION FOR AWARD UNDER THE EQUAL ACCESS TO JUSTICE ACT (DKT. NO. 27)**

On October 16, 2019, the parties filed a stipulation, asking the court to enter an order awarding attorneys' fees under the Equal Access to Justice Act. Dkt. No. 27.

The court **APPROVES** the stipulation for award under the EAJA. Dkt. No. 27. The court **ORDERS** that the defendant shall pay to the plaintiff an award of attorneys' fees in the amount of **$4,948.58**, in full satisfaction and settlement of any and all claims the plaintiff may have in this case under the EAJA. The court awards these fees and costs to the plaintiff, not the plaintiff's attorney, and under Astrue v. Ratliff, 560 U.S. 586 (2010), the United States may offset the award to satisfy pre-existing debts that the litigant owes the United States.

If counsel for the parties verify that the plaintiff owes no pre-existing debt subject to offset, the defendant shall direct that the award be made payable to

1

the plaintiff's attorney, pursuant to the EAJA assignment duly signed by the plaintiff and counsel.

Dated in Milwaukee, Wisconsin this 17th day of October, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**